Argued July 28, affirmed July 28, 1972

ALBERT GEORGE MARIO, *Appellant, v.*
CUPP (No. 72733), *Respondent.*

498 P2d 825

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Robert L. Misner, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.